FILED
MAY 06 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATHANIEL HOWARD,

      Petitioner,

v.

MR. D. MILLS,

      Respondent.

Civil No. 09-268-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#24) is GRANTED.

    IT IS SO ORDERED.

    DATED this 4th day of May, 2010.

                              John V. Acosta
                              United States Magistrate Judge

1 - ORDER -